# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| GEORGE W. BANKS, : | |
| Petitioner, : | |
| vs. : | 5:06-CV-167 (CAR) |
| JAMES DONALD, Commissioner, : | |
| Respondent. : | |

# ORDER

Before the Court is the United States Magistrate Judge's Recommendation [Tab17] to grant Respondent's Motion to Dismiss [Tab 11] the instant federal habeas corpus petition as untimely under the Anti-Terrorism and Effective Death Penalty Act ("AEDPA"), 28 U.S.C. § 2244(d) because the petition was not filed within the one-year "grace period" afforded state and federal prisoners whose convictions were final on April 24, 1996. Petitioner has filed no Objection to the Recommendation. This Court, having reviewed the matter, agrees with the Recommendation of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 23rd day of March, 2007.

/s/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

EHE/ssh